# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| HELI ALPESHKUMAR PATEL, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 1:26-cv-106 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| MARKWAYNE MULLIN, *et al.,* | ) | Magistrate Judge Michael J. Dumitru |
| | ) | |
| *Defendant.* | ) | |

## ORDER

On April 24, 2026, Plaintiff Heli Alpeshkumar Patel, proceeding pro se, initiated this civil action by filing a motion for a temporary restraining order that included exhibits containing sensitive personally identifiable information (Docs. 1, 1-1). Federal Rule of Civil Procedure 5.2(a) requires that filings that contain an "individual's social-security number, taxpayer identification number, or birth date . . . , or a financial-account number . . ." be redacted as prescribed by Rule 5.2(a). The Court lacks the ability to redact only portions of a Plaintiff's complaint. Therefore, the Clerk is **DIRECTED** to place under seal Plaintiff's exhibits in her motion for a temporary restraining order (Doc. 1-1).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**